IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-00685

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT FOR |
| | ) | FORFEITURE *IN REM* |
| A RUGER EC9S 9MM CALIBER | ) | |
| SEMI-AUTOMATIC HANDGUN, | ) | |
| BEARING SERIAL NUMBER | ) | |
| 454-27741 WITH MAGAZINE AND | ) | |
| AMMUNITION, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, states as follows:

1. This is a civil action in rem brought to enforce the provisions of 18 U.S.C. § 924(d)(1), providing for the forfeiture of any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g).

2. This Court has subject matter jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355(a). The Court has *in rem* jurisdiction by virtue of 28 U.S.C. § 1355(b). Venue in this district is proper by virtue of 28 U.S.C. §§ 1355(b) and 1395(b).

1

3. The defendant is a Ruger EC9S 9mm caliber semi-automatic handgun, bearing serial number 454-27741, with magazine and ammunition (Asset ID: 26-CBP-000010)

4. The defendant Ruger EC9S 9mm caliber semi-automatic handgun, bearing serial number 454-27741, with magazine and ammunition was seized in Wake County, North Carolina and is currently in the custody of the U.S. Department of Homeland Security, within the jurisdiction of this Court.

5. The potential claimants in this action include Dewan Paul Ashford and fourteen illegal aliens who have been deported from the United States, are currently at large, or whose whereabouts are currently unknown.

6. The facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A, Declaration of Special Agent David Farmer of the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations, which is attached hereto and incorporated herein by reference. Such facts constitute probable cause for the seizure, arrest, and forfeiture of the defendant property and are sufficient to support a reasonable belief that the government will meet its burden of proof at trial that the defendant property should be forfeited.

7. The defendant Ruger EC9S 9mm caliber semi-automatic handgun, bearing serial number 454-27741, with magazine and ammunition was involved in or used in a knowing violation of 18 U.S.C. § 922(g)(5)(A) in that it was in the possession

of one or more illegal aliens at the time of its seizure and is, therefore, subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

WHEREFORE, in accordance with Supplemental Rule G(3)(b)(i), the plaintiff requests that the Clerk issue a warrant of arrest *in rem* for the defendants; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendants be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 29th day of October, 2025.

    W. ELLIS BOYLE
    United States Attorney

    BY: /s/ Matthew L. Fesak
        MATTHEW L. FESAK
    Assistant United States Attorney
    Deputy Chief, Civil Division
    150 Fayetteville Street, Suite 2100
    Raleigh, NC  27601
    Telephone:  (919) 856-4530
    Facsimile:   (919) 856-4821
    E-mail: matthew.fesak@usdoj.gov
    NC State Bar No. 35276
    Attorney for Plaintiff

## VERIFICATION

I, David Farmer, Special Agent of the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations (HSI), declare under the penalty of perjury, as provided by 28 U.S.C. § 1746, the foregoing Complaint for Forfeiture is based on reports and information by or furnished to me and, to the best of my information and belief, is true and correct.

This the 27th day of October, 2025.

DAVID B FARMER
Digitally signed by DAVID B FARMER
Date: 2025.10.27 13:35:44 -04'00'

David Buck Farmer
Special Agent
Homeland Security Investigations