IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## DECLARATION OF HSI SPECIAL AGENT DAVID FARMER

I, David Buck Farmer, declare and state as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been since 2018. I am currently assigned to HSI Raleigh. My duties include investigating violations of Titles 8, 18, 19, and 21 of the United States Code (U.S.C.). In my employment as an HSI Special Agent, I have investigated financial fraud, money laundering, human smuggling crimes, the illegal entry and/or reentry of aliens, immigration status violators, intellectual property rights, bulk cash smuggling, weapons smuggling, and controlled substances smuggling crimes. Prior to my employment with HSI, I was an Investigator for the Office of the Attorney General in Virginia and a Probation and Parole Officer for the Virginia Department of Corrections. My educational background includes a Master of Public Administration degree from George Mason University, in Fairfax, Virginia, and a Bachelor of Science degree in Criminal Justice from Old Dominion University, in Norfolk, Virginia.

2. This Declaration is made in support of forfeiture of a Ruger EC9S 9mm semi-automatic handgun (Serial Number 454-27741), seven (7) rounds of 9mm ammunition, and one (1) Ruger 9mm magazine seized from the residence of Ricardo GRANADILLO Padilla, a prohibited person as defined in Title 18, U.S.C. § 922(g)(5)(A), on February 8, 2025.

**GOVERNMENT EXHIBIT A**

3. On February 8, 2025, HSI Raleigh received a request from HSI Chicago to attempt to locate and arrest Ricard GRANADILLO Padilla, a national and citizen of Venezuela illegally present in the United States. GRANADILLO was wanted for 8 U.S.C. § 1325 (Improper entry by alien) out of the Western District of Texas and is a suspected Tren de Aragua (TDA) gang member. Additionally, GRANADILLO was the suspect of a mass homicide investigation by the Chicago Police Department.

4. At approximately 7:30pm, HSI, Enforcement and Removal Operations (ERO), the United States Marshals Service, and Customs and Border Protection executed an arrest warrant for GRANADILLO at 1809 Coltrane Ct., Raleigh, North Carolina. The occupants of the home attempted to flee from a rear door and were apprehended within the rear yard or as they were exiting. In total, 14 individuals were apprehended including GRANADILLO. All the residents were illegal aliens and are listed below.

Ricardo GRANADILLO Padilla

Angelo ESCALONA Sevilla

Arturo SUAREZ Trejo

Ysqueibel PENALOZA Chirinos

Carlos CANIZALEZ Arteaga

Yeison HERNANDEZ Carache

Darwin HERNANDEZ Carache

Hotsman MATHIE Zavala

Yornel BENAVIDES Rivas

Luis RODRIGUEZ Lugo

Bruce CEDENO Contreras

Aimar Ysbiankis VALERO Jaimes

Eukaris Alexandra IBANEZ Oropeza

Kimberlin Alexandra CANIZALEZ Arteaga

5. HSI received verbal consent to search the residence from the renter of the home, Bruce CEDENO. Within the residence, the aforementioned items were found together (the seven (7) rounds of 9mm ammunition inside the Ruger 9mm magazine that was inside the Ruger EC9S 9mm handgun) inside a closet in the front bedroom. None of the residents would be able to legally possess the firearm by 18 U.S.C. §922(g)(5)(A) but HSI was unable to determine which, if any, illegal alien had exclusive ownership of it. The firearm was seized for laboratory testing to determine ownership.

6. On February 26, 2025, the HSI Forensic Laboratory failed to find latent fingerprints or palm prints of comparative value on the firearm, the magazine, or the ammunition.

3

7. On March 25, 2025, A Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Firearms Trace Summary revealed that the firearm was purchased by Dewan Paul Ashford of 202 Crestwood CV, Ridgeland, Mississippi on June 4, 2018, from Gold N Guns Inc at 579 Hwy. 51 North, Ridgeland, Mississippi. On September 29, 2025, Dewan Paul Ashford was contacted through his residence of 912 Arlington Wood St., Fuquay Varina, North Carolina. Ashford reported the firearm was stolen from him years ago, but he did not file a police report. Ashford reported he did not want the firearm back and advised HSI to destroy it.

8. On March 26, 2025, HSI identified the 1809 Coltrane Ct., Raleigh, North Carolina 27610 as being rented by Triangle Real Estate Investments, LLC that was represented by City of Oaks Law at 2021 Fairview Road, Raleigh, North Carolina. City of Oaks Law put HSI in touch with Susana Reyes the owner of the property at 1809 Coltrane Ct., Raleigh, North Carolina. Susana Reyes denied ownership of the firearm and advised it belonged to the tenants.

9. On April 11, 2025, the Wake County Bureau of Forensic Services concluded that the firearm did not link to any known crime after examining shell casings from test fired ammunition conducted by HSI. Due to this, DNA testing of the firearm was unavailable.

10. On August 19, 2025, GRANADILLO was ordered removed from the United States by an Immigration Judge. On September 19, 2025, GRANADILLO was removed from the country by air through Harlingen, Texas to Caracas, Venezuela

and his current whereabouts are unknown. ESCALONA, SUAREZ, PENALOZA, CANIZALEZ, Yeison and Darwin HERNANDEZ Carache, MATHIE, BENAVIDES, RODRIGUEZ, and CEDENO were all removed from the United States by air on March 17 or March 18, 2025, and their current whereabouts are unknown. VALERO, IBANEZ, and CANIZALEZ remain at large and their whereabouts are unknown.

11. Based on the foregoing information, your affiant believes probable cause exists that the firearm was involved in or used in a knowing violation of 18 U.S.C. § 922(g)(5)(A) in that it was in the possession of one or more illegal aliens at the time of its seizure, and is therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1).

12. I, David Buck Farmer, declare under penalty of perjury, that the foregoing is true and correct, in accordance with 28 U.S.C. § 1746 this 16th day of October 2025.

DAVID B FARMER
Digitally signed by DAVID B FARMER
Date: 2025.10.16 15:18:20 -04'00'

David Buck Farmer
Special Agent
Homeland Security Investigations